LEONHARD HOLLANDER, ET AL., PLAINTIFFS-RESPOND-
ENTS, v. SMITH & SMITH, ET AL., DEFENDANTS-PETI-
TIONERS.

See same case below: 10 *N. J. Super.* 82.

*Messrs. Coult & Satz* and *Mr. Samuel D. Williams* for the
petitioners.

*Messrs. Koehler, Augenblick & Freedman* for the respond-
ents.

March 5, 1951. Denied.

JOHN J. BREEN, T/A BANKERS REALTY COMPANY, PLAIN-
TIFF-PETITIONER, v. ALEXANDER DEBRON, DEFEND-
ANT-RESPONDENT.

See same case below: 10 *N. J. Super.* 167.

*Mr. Albert S. Gross* for the petitioner.

*Mr. Thomas S. Clancy* and *Mr. Dominick F. Pachella* for
the respondent.

March 5, 1951. Denied.